IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| TORREY BROWNE<br>              Plaintiff,<br><br>v.<br><br>NCO FINANCIAL SERVICES,<br>              Defendant. | CIVIL ACTION NO. _____ |

## NOTICE OF REMOVAL

NOW comes defendant NCO Financial Services (whose correct name is NCO Financial Systems, Inc.)(hereinafter referred to as "NCO") who hereby removes from the Quincy District Court, Small Claims Division, Quincy, Massachusetts, the following described lawsuit, and respectfully states as follows:

1.     Plaintiff Torrey Browne commenced a civil action in the Quincy District Court, Small Claims Division, captioned as Torrey Browne *v.* NCO Financial Services, Docket No. 14SC1976 (hereinafter the "State Court Action") on May 19, 2014.

2.     NCO was served on or about June 3, 2014.

3.     The complaint in the State Court Action, a copy of which is attached hereto as Exhibit A, asserts claims under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a *et seq*.

4.     Pursuant to 28 U.S.C. §§ 1441 and 1446, NCO hereby removes the State Court Action to this Court, which is the federal judicial district in which the State Court Action is pending.

5.	Removal of the State Court Action is proper under 28 U.S.C. § 1441.  If the action had originally been brought in this Court, this Court would have original, federal question jurisdiction over plaintiff's FCRA claims per 28 U.S.C. § 1331 and 15 U.S.C. § 1681p.

6.	This Notice of Removal is filed within 30 days of receipt of the State Court Action Complaint by NCO and is therefore timely filed under 28 U.S.C. § 1446(b).

7.	A copy of all process, pleadings and orders served upon NCO in the State Court Action is being filed with this Notice and is attached hereto as Exhibit A.

WHEREFORE, NCO Financial Systems, Inc., removes the State Court Action captioned Torrey Browne *v.* NCO Financial Services, Docket No. 14SC1976, from the Quincy District Court, Small Claims Division, Quincy Massachusetts, on this 26th day of June, 2014.

> Respectfully submitted,
>
> NCO FINANCIAL SYSTEMS, INC.
>
> By its Attorneys,
>
> /s/ Jennifer L. Markowski
> Jennifer L. Markowski, BBO#655927
> Peabody & Arnold LLP
> Federal Reserve Plaza
> 600 Atlantic Avenue
> Boston, MA  02210
> Tel. 617-951-2010
> jmarkowski@peabodyarnold.com

Dated:  June 26, 2014

**CERTIFICATE OF SERVICE**

     I hereby certify that on June 26, 2014, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to the parties by operation of the court's electronic filing system, at the address of counsel noted below. Parties may access this filing through the court's system. A true copy was also sent via First Class U.S. Mail, postage prepaid this 26th day of June, 2014 to:

Torrey Brown
42 Pond Street
Holbrook, MA 02343

                                /s/ Jennifer L. Markowski
                                Jennifer L. Markowski

PABOS2:JMARKOW:824522_1
9999-99999